# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| ) | CR 11-2342-TUC-DCB(JJM) |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| Jose Guadalupe Vasquez-Corrales, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the Defendant's Motion to Suppress Statements.

Magistrate Judge Marshall conducted a hearing on April 3, 2012, and issued her Report and Recommendation on April 5, 2012. A copy was sent to all parties. No objections to the Magistrate Judge's Report and Recommendation have been filed.[1] Any objections that have not been raised are waived and will not be addressed by the Court. *See* 28 U.S.C. § 636(b).

The Court, having made an independent review of the record, orders as follows:

/ / /

/ / /

---

[1] The Court notes the government reserves the right to use statements made to Agent Steinkuller to complete the I-826 as impeachment evidence.

IT IS ORDERED that Magistrate Judge Marshall's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS FURTHER ORDERED that the Defendant's Motion to Suppress Statements is granted.

DATED this 30th day of April, 2012.

David C. Bury
United States District Judge